UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jerome Julius Brown, Sr.,                      )
                                               )
                Plaintiff,                     )
                                               )
        v.                                     )   Civil Action No.   09 2438
                                               )
Charles County Sheriff et al.,                 )
                                               )
                Defendants.                    )
                                               )

MEMORANDUM OPINION

Plaintiff, proceeding *pro se,* has filed a complaint and an application to proceed in forma pauperis. The application will be granted, and the complaint will be dismissed.

Complaints filed by *pro se* litigants are held to less stringent standards than are formal pleadings drafted by lawyers. *See Haines v. Kerner,* 404 U.S. 519, 520 (1972). Nonetheless, *pro se* plaintiffs must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch,* 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure states the minimum requirements for complaints. Fed. R. Civ. P. 8(a). Rule 8(a) requires that a complaint contain a short and plain statement of the grounds upon which federal jurisdiction rests, a short and plain statement showing that the plaintiff is entitled to relief, and a demand for judgment for the relief sought. The minimum requirements Rule 8 imposes are designed to provide defendants with sufficient notice of the claim or claims being asserted in order to allow defendants to prepare a responsive answer and an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano,* 75 F.R.D. 497, 498 (D.D.C. 1977). Further, compliance

with Rule 8(a)'s requirements should provide a court with sufficient information to determine whether it has jurisdiction over the claims.

The complaint indicates that the plaintiff, who appears to be a Maryland citizen, is suing defendants who also appear to be Maryland citizens. It identifies no cause of action. As such, the Court cannot discern a basis for jurisdiction. Furthermore, the complaint does not provide sufficient notice to the defendants of the intended claims so that they may prepare a proper defense. Accordingly, the complaint will be dismissed for failure to comply with the requirements of Rule 8.

Plaintiff is advised that if he persists in filing such complaints this Court may restrict his ability to proceed in forma pauperis.

A separate order accompanies this memorandum opinion.

Date: 12/21/09

_____
United States District Judge